IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NIHAOMIGNTIAN,<br><br>    Defendant. | Case No. 25-cv-13091<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER [17]

Pursuant to the Court's Order [17], Plaintiff Crye Precision, LLC ("Plaintiff") submits the following supplemental response:

The Defendants listed in the below chart were included in prior cases filed by Plaintiff. The infringement alleged in this case for these Defendants occurred after the dates of the prior cases and, therefore, constitutes new infringement.

| Case Number | Complaint Filing Date | Seller Alias |
|---|---|---|
| 24cv12586 | 12/6/2024 | OWNHE |
| 24cv5979 | 7/16/2024 | Simple2017 |
| 24cv6040 | 7/17/2024 | MEGE KNIGHT Official Store |
| 24cv6087 | 7/18/2024 | sinairsoft2017 |
| 24cv8003 | 9/3/2024 | OSdream |
| 25cv2721 | 3/14/2025 | Rosoz |
| 25cv4106 | 4/15/2025 | sinairsoft2017 |
| 25cv4106 | 4/15/2025 | Wargame World |
| 25cv4208 | 4/17/2025 | Water dragon chant packaging |
| 25cv4208 | 4/17/2025 | WESSLECO |

1

Dated this 10th day of November 2025.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 W. Madison St., Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*